JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF LOS ANGELES; and Does 1-10,<br><br>    Defendants. | Case: 2:15-CV-09100-CAS-AJW<br><br>**ORDER** |

### **ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: June 13, 2016

*[signature: Christina A. Snyder]*

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT COURT JUDGE